FILED
2019 Oct-31 PM 04:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

# United States District Court
## for the
## NORTHERN DISTRICT OF ALABAMA

**Reba G. Guerrier,**

_____
*Plaintiff,*
*(Write your full name. No more than one plaintiff may be named in a pro se complaint)*

**v.**
T-Mobile, John Legere, Dana Taylor, Harlow Harris, Irene Ballard, Liz Sullivan, Gregory Sears, Aon Hewitt, Dave, Maria, Broadspire Svcs., Jodi Yates, Prudential Ins., Sharese, Crawford & Co. *Defendant(s),* et al.,

*(Write the full name of each defendant who is being sued. If the names of all defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names)*

FILED

2019 OCT 31 P 3: 32

U.S. DISTRICT COURT
N.D. OF ALABAMA

**5:19-cv-01780-HNJ**

*(to be filled in by the Clerk's Office)*

JURY TRIAL  ☑ Yes    ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I.    **The Parties to This Complaint**

A.    **The Plaintiff**

Name                          **Reba G. Guerrier**

Street Address                **9157 Wall Triana Hwy, #373**

City and County               Harvest    Madison

State and Zip Code            Alabama 35749

Telephone Number              256 642-1685

E-mail Address *(if known)*    concordlawschoolstudent@gmail.com

☒    **Check here to receive electronic notice through the e-mail listed above. By checking this box, the undersigned consents to electronic service and waives the right to personal service by first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2), except with regard to service of a summons and complaint. The Notice of Electronic Filing will allow one free look at the document, and any attached PDF may be printed and saved.**

October 30, 2019

**Date**

**Participant Signature**

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

## II.    Basis for Jurisdiction

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | John Legere |
| Job or Title *(if known)* | CEO of T-Mobile |
| Street Address | 12920 SE 38th Street |
| City and County | Bellevue    King |
| State and Zip Code | Washington    98006 |
| Telephone Number | 1800 866-2453 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Dana Taylor |
| Job or Title *(if known)* | Chat agent for T-Mobile |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Harlow Harris |
| Job or Title *(if known)* | T-Mobile Employee |
| Street Address | Text |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

Defendant No. 4

| | | |
|---|---|---|
| Name | Irene Ballard |
| Job or Title *(if known)* | Manager Legal Projects |
| Street Address | 129290 SE 38th Street |
| City and County | Bellevue        King |
| State and Zip Code | Washington  98006 |
| Telephone Number | 1800 866-2453 |
| E-mail Address *(if known)* | |

Et Al,.

## C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is:

| | |
|---|---|
| Name | T-Mobile |
| Street Address | 820 Tom Martin Drive |
| City and County | Birmingham  Jefferson |
| State and Zip Code | Alabama 35211 |
| Telephone Number | 1800 866-2453 |

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

[x]    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[ ]    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:   In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

[x]     Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[x]     Other federal law *(specify the federal law)*:

_____

Relevant state law *(specify, if known)*:

Text
_____

Relevant city or county law *(specify, if known)*:

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐   Failure to hire me

☐   Termination of my employment

☑   Failure to promote me

☑   Failure to accommodate my disability

☑   Unequal terms and conditions of my employment

☑   Retaliation

☑   Other acts *(specify)*: **Pregnancy Discrimination, Hostile Work Environment, Bullying, Religion, Contagious Disease Contamination, Failure to protect**

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s):

_____

_____

C.    I believe that defendant(s) *(check one)*:

☑    is/are still committing these acts against me

☐    is/are not still committing these acts against me

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☑    race            _____

☑    color           _____

☑    gender/sex      _____

☑    religion        _____

☑    national origin _____

☐    age *(year of birth)* _____

     *(only when asserting a claim of age discrimination)*

☑    disability or perceived disability *(specify disability)* Pregnancy _____

                                                              0

E.    The facts of my case are as follows. Attach additional pages if needed. **I was and I am still being treated with adjunct patterns of discrimination to the point that it is self evident that even the retaliatory scoldings, mistreatments, shunning, assaults as well as promotion failures are still in full bloom. This pattern of pregnancy, color, race, religion, gender/sex as well as other discrimination is not only being done at the T-Mobile Birmingham Call Center; but with the vendors of T-Mobile as well. For example Broadsphire and their subsidiaries also participated and participates in the bad, discriminatory, illegal acts.  Also, T-Mobile allowed and continues to allow Dana Taylor and her supervisor Additionally, Marie, one of my old supervisor offended HIPPA Laws as well as labor, contract, employment, moral and ethical laws by calling companies pretending to be me causing immeasurable harm. Greg caused me infliction of extreme emotional distress by defaming me in a meeting along with Dave who told me that "… we have good lawyers…" while he and T-Mobile continues,  along with their constituents to intimidate, discriminate, abate laws set against such behavior and punish me in many unthinkable ways in order to force me to work long hours without pay.** *(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

Page **5** of 7

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

IV.    **Exhaustion of Federal Administrative Remedies**

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*:**Prior to 1/11/2019 although EEOC correspondence states 1/11/2019**

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter

☑    issued a Notice of Right to Sue letter, which I received on *(date)* **July 2019**

T
e
x
t

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question:

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐    60 days or more have elapsed

☐    less than 60 days have elapsed

V.    **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The hardened bad behavior of T-Mobile Et Al., will bring a wage-earner such as myself to the wall and produce all manner of homelessness, despair, death and other uncontrollable acts. I wish for T-Mobile to pay each pregnant wage-earner that was or is being wronged by bad, illegal acts to be compensated in a class action lawsuit. Also, T-Mobile and others have purposely done such harm to me and other employees and such acts are irreversible. Because of such, I HEREBY request that a favorable ruling be ruled upon for me in the award amount of $51 million dollars or more and that $520,000 be paid back under ADEA. Additionally. I request, humbly, that another $520,000 be awarded because of back pay damages since the bad acts of T-Mobile Et Al., were willful and defamatory amounting to being subjected to double compensation or more. On the same note, I request, with all due respect to the honorable court that another $520,000 be awarded to me because of adjunct rendering of extreme infliction of emotional distress. Lastly, in addition to any other rewards, punitive damages, along with other compensation, that the honorable court may sit fit, I ask for another $50 million dollars to be set aside for other workers in a fund to be assessed under appropriate laws, regulations and findings.

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

## VI.   Certification and Closing

Under Rule 11 of the Federal Rules of Civil Procedure, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of Signing: _____October 30, 2019_____

Signature of Plaintiff: _____

Printed Name of Plaintiff: ___Reba G. Guerrie___

### B.   For Attorneys

Date of Signing: _____

Signature of Attorney: _____

Printed Name of Attorney: _____

Bar Number: _____

Name of Law Firm: _____

Street Address: _____

State and Zip Code: _____

Telephone Number: _____

E-mail Address: _____